ACCEPTED
15-25-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 10:45 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00017-CV

In the Court of Appeals
for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 10:45:52 AM
CHRISTOPHER A. PRINE
Clerk

_____

IN THE GUARDIANSHIP OF LANDEN THOMAS GRISWOLD,
AN INCAPACITATED PERSON

_____

On Appeal from Cause No. G00074
County Court at Law
Cherokee County, Texas

_____

**APPELLEE'S MOTION TO WITHDRAW AND
NOTICE OF LEAD COUNSEL**

_____

Appellee, Texas Health and Human Services Commission, would show the Court the following:

1.     The current counsel on behalf of Appellee is Alyssa Bixby-Lawson.

2.     Ms. Bixby-Lawson has accepted a position outside of Texas Office of the Attorney General and requests to withdraw from this case. Appellee designates Reed Arroyo as new lead counsel. Mr. Arroyo is licensed to practice law in the state of Texas and is a member in good standing of the State Bar of Texas. Mr. Arroyo's contact information is as follows:

**Reed Arroyo**
Texas Bar No. 24143565
Assistant Attorney General
General Litigation Division
Office of the Attorney General

1

P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-4072
Fax: (512) 302-0667
Reed.Arroyo@oag.texas.gov

3.      Appellee respectfully requests that the Court remove Ms. Bixby-Lawson as counsel of record and attorney-in-charge for this cause.

4.      The undersigned has conferred with counsel for Appellant, who indicated they are unopposed to the withdrawal of Ms. Bixby-Lawson and substitution of Mr. Arroyo as counsel in charge of Appellee.

## PRAYER

Appellee requests that Mr. Arroyo be added to all future correspondence and notifications of filings in this matter and be substituted as lead counsel, and that Ms. Bixby-Lawson be removed as counsel of record.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
**Alyssa Bixby-Lawson**

2

Texas Bar No. 24122680
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (210) 270-1118
Fax: (512) 320-0667
Alyssa.Bixby-Lawson@oag.texas.gov
**Reed S. Arroyo**
Texas Bar No. 24143565
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (210) 270-1118
Fax: (512) 320-0667
Reed.Arroyo@oag.texas.gov

*Counsel for Appellants*


## CERTIFICATE OF CONFERENCE

On April 23, 2025, the undersigned conferred with lead counsel for Appellee, who stated they are unopposed to the relief requested.

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on April 24, 2025 to all counsel of record.

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alyssa Bixby-Lawson on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
alyssa.bixby-lawson@oag.texas.gov
Envelope ID: 100036159
Filing Code Description: Motion
Filing Description: Appellee's Motion to Withdraw and Notice Lead Counsel
Status as of 4/24/2025 11:55 AM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Petix | 24027728 | jonathan.petix@hhs.texas.gov | 4/24/2025 10:45:52 AM | SENT |
| Alyssa Bixby-Lawson | 24122680 | alyssa.bixby-lawson@oag.texas.gov | 4/24/2025 10:45:52 AM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 4/24/2025 10:45:52 AM | SENT |

Associated Case Party: Candice Jeffcoat

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tracia Lee | | e-serve@keanmiller.com | 4/24/2025 10:45:52 AM | SENT |